# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TWILIGHT RECORDS INC., an Illinois corporation, and assignee of Sylvester Thompson p/k/a Syl Johnson and SYL-ZEL MUSIC INC., an Illinois Corporation<br>    Plaintiffs,<br>  v.<br><br>USHER RAYMOND a/k/a USHER, WILLIAM JONATHAN DRAYTON JR. a/k/a FLAVOR FLAV, LISA WILLIAMSON a/k/a/ SISTER SOULJAH, CARLTON DOUGLAS RIDENHOUR a/k/a CHUCK D, RICHARD GRIFFIN a/k/a PROFESSOR GRIFF, NORMAN LEE ROGERS a/k/a TERMINATOR X, KHARI JAMES WYNN, BRIAN CASEY a/k/a BRASCO, BRANDON CASEY a/k/a CASE, KYLE NORMAN a/k/a QUICK, RICHARD WINGO a/k/a WINGO, JOSEPH SIMMONS a/k/a REV RUN, DARRYL MCDANIELS a/k/a DMC, IVAN TABACK ADMINISTRATOR of the ESTATE OF JASON MIZELL a/k/a JAM MASTER JAY, ANTHONY CRISS a/k/a TREACH, VINCENT BROWN a/k/a VIN ROCK, KIER GIST a/k/a DJ KAY GEE, ANDRE WESTON a/k/a DRAY a/k/a KRAZY DRAYZY, WILLIAM HINES a/k/a WILLIE a/k/a SKOOB, ANTHONY TERELL SMITH a/k/a TONE LOC, TRACY LYN CURRY a/k/a THE D.O. C, LUTHERRODERICK CAMPBELL a/k/a UNCLE LUKE, DAVID HOBBS a/k/a MR. MIXX, CHRIS WONG WON a/k/a FRESH KID ICE, YURI VIOLET a/k/a AMAZING V, MARK ROSS a/k/a BROTHER MARQUIS, LARRY DOBSON a/k/a VERB, MARK WAHLBERG a/k/a MARKY MARK, DONNIE WAHLBERG, DANNY WOOD, SCOTT ROSS a/k/a SCOTTIE GEE, HECTOR BARROS, ANTHONY THOMAS a/k/a ASHLEY ACE, TERRY YANCEY a/k/a DJ-T, THOMAS POUGH a/k/a DJ POLO, MELVIN GLOVER a/k/a MELLE MEL, EDWARD MORRIS a/k/a SCORPIO a/k/a MR. NESS, SONY MUSIC ENTERTAINMENT a corporation, UNIVERSAL MUSIC GROUP a corporation, WARNER MUSIC GROUP a corporation LAFACE RECORDS a corporation, LUKESKYWALKER RECORDS a corporation d/b/a LUKE RECORDS, ISLAND DEF JAM RECORDS a corporation, MOTOWN RECORDS a corporation, EPIC RECORDS a corporation, , TOMMY BOY RECORDS a corporation, DELICIOUS VINYL a corporation, RUTHLESS RECORDS a corporation and INTERSCOPE RECORDS, a corporation.<br>    Defendants. | No:13cv7057<br><br>Judge: Joan B. Gotschall<br><br>JURY DEMANDED |

| Copyright Registration number | Date of Copyright | Title of Work | Holder/Author of Copyright |
|---|---|---|---|
| SR 360 720 | 02/26/1996 | "Different Strokes" Sound recording | Syl Johnson |
| EU 9873 | 08/14/1967 | "Different Strokes" Musical composition | John Cameron, John Zachary |

Respectfully submitted,

          The Dowuonah Law Office

          By: /s/Amina Dowuonah

          Attorney for Plaintiff

Dowuonah Law Office
3333 Warrenville Road, Suite 200
Lisle, Illinois 60532
(312) 282 4946
ARDC# 6295750