AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action appeal has been filed on the following copyright(s):

| [ X ] ACTION     [ ] APPEAL | **COURT NAME AND LOCATION**<br>UNITED STATES DISTRICT COURT<br>**Northern District of Illinois**<br>**219 South Dearborn Street, 20th Floor**<br>**Chicago, Illinois 60604** |
|---|---|
| **DOCKET NO.**<br>13-cv-7057    **DATE FILED** 10/01/2013 | |

| **PLAINTIFF:**<br>**Twilight Records Inc. et al** | **DEFENDANT:**<br>**Raymond et al** |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1) SR 360 720 | "Different Strokes" Sound Recording | Syl Johnson |
| 2) EU 9873 | "Different Strokes" Musical composition | John Cameron, John Zachary |
| 3) | | |
| 4) | | |
| 5) | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| | | |

In the above-entitled case, a final decision was reached on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court attached.

| COPY ATTACHED<br>[ ] Other  [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes [ ] No | DATE RENDERED |
|---|---|---|
| **CLERK**<br>Thomas G. Bruton | **(BY) DEPUTY CLERK**<br>K. Johnson | **DATE**<br>10/24/2013 |